# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| YAMA Seafood Inc. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 6:09-54-HFF |
| | ) |
| International Payment Group, Inc., | ) |
| Clifford J. Burgess, Mike Ariss, John Doe Nos 1 to 4 | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)*      recover from the
defendant *(name)*      the amount of
     dollars ($      ), which includes prejudgment
interest at the rate of      %, plus postjudgment interest at the rate of      %, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*
     recover costs from the plaintiff *(name)*
.

■ other:    this case is dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

.

This action was *(check one)*:

❑ tried by a jury with Judge      presiding, and the jury has
rendered a verdict.

❑ tried by Judge      without a jury and the above decision
was reached.

■ decided by Judge      Henry F. Floyd      on the record.

.

Date:    February 9, 2010          *CLERK OF COURT*

<u>**s/Angela Lewis**</u>

*Signature of Clerk or Deputy Clerk*